UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shakeem White
(349-15-03118)

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The City of NY & DOC

Joseph Ponte

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

**15CV 7395**

RECEIVED
SDNY PRO SE OFFICE
2015 SEP 17 P 4: 23
S.D. OF N.Y.

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Shakeem White
            ID # 349-15-03118
            Current Institution G.R.V.C.
            Address 09-09 Hazen Street
            East Elmhurst New York 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name Capt. Young                     Shield #
                  Where Currently Employed O.B.C.C.
                  Address 1600 Hazen Street NY, 11370

*Rev. 05/2010*                                    1

Defendant No. 2    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 3    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 4    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 5    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

II.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?

O.B.C.C Otis Bantum Correctional Center

B.   Where in the institution did the events giving rise to your claim(s) occur?

O.B.C.C 5 North (RHU Box) Exiting Shower, and Housing unit toward Vestible (Area) (Cammeras) 17, 22 Points Straight to Incide

C.   What date and approximate time did the events giving rise to your claim(s) occur?

Approx. 7:45 PM, 8:00 PM on July 31, 2015

See Attached Sheet ~~See Attached~~

**D. Facts:** I was on ESO Watch and was taking a shower got Done Ready to go Back to my cell when I Started Having Bad Chest Pains and was Denied was told He Don't Care! grabbed me up twisted my ~~Arm~~ Arm told me Shutup

*What happened to you?*

Capt. young Punched me exited 5 North vestible, outside the vestible I was kick punched Hit In Face with the Radio Head Stomped out and All while I was cuffed.

*Who did what?*

[scribbled out text]

*Was anyone else involved?*

the Cammeras In the Sky ~~to~~ Video footage

*Who else saw what happened?*

---

**III. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

My Right Hand/Wrist My (eye Right)(Side) was Black and Blue my Nose was Bleeding my Forhead Had Laserastions and Abrassions my Ribs Back Hurts and Lip Busted (Bottom Lip) I was Dined Medical

**IV. Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

July 31 2015                    S. White
                                349-15-03118

I was on ESO watch Read on the Shower go Back to #49 cell the Shower was getting Hot and No way for Air to circlate/ventalate and I Have Asthma and my chest Started Bothering me. I then Requested Medical and was denied told Im going Back to my cell and Not to the mini Clinic so I asked for the area Superviser ~~which~~ was Capt. young He Also Stated "I Don't care ⟶ your Not going" He told my ESO, watch Sheet officer

Hand cuff Him and Escourt him Back to his cell #49 He told me to walk Back In a green Institutional smoock I Asked to walk Back How I came In my orange Jumper capt. young still words NO! He said you No what "give the orange jumper since you wanna Be a pain In my ASS" Im a Whoohp your ASS So I ~~tried to~~ Fliped my cuff Because Im scared He grabed me up (capt.young) and twisted my Arm I scream stop your Hurting me He said Shut up "Crock" Im going to do more then Just twist your Are as Exiting the Housing unit 5 Nort Cammera (#17) shows Straight to the vestable My Arm was again twisted Harder and I ~~~~ Jerked my Body Back Do to pain Im wrist and Accidently collided Heads with capt. young

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).   O.B.C.C

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know _✓_

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No _✓_   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No _✓_

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No _✓_

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

1. Which claim(s) in this complaint did you grieve? _____

2. What was the result, if any? _____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

   Was scared of more to come! Dont want no problems

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____
_____ harrased in othe facilitys _____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

Justice to my Injuries I would Like the Courts to Find tramatic S~~tress~~ stress for Lack of medical Attention But Not Limitted to All Injuries Stistaind and any otherThat the court may Deem equitablev for the citys Lack of underfestoinal work and training tought to officers Check Dept Cammera for Photo of my Injuries Sueing each Defendent In the ~~Ammounts~~ Amount of ~~2000~~ 2.000.0000 to ~~for anydasso~~ for my Justices and Relief

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✓

Rev. 05/2010                           5

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ✗

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ✓

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20_15_

        Signature of Plaintiff  _____

        Inmate Number  349-15-03118

        Institution Address  09-09 Hazen St
        G.R.V.C
        east elmhurst NY, 11370

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this ___ day of _____, 20_15_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

    Signature of Plaintiff: Shakeem White

